**Electronically Filed**
**Supreme Court**
**SCWC-30075**
**29-MAR-2011**
**08:33 AM**

NO. SCWC-30075

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

DEWITT LONG, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30075; CR. CASE NO. 1P109-1433)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1])

Petitioner/Defendant-Appellant Dewitt Long's

application for writ of certiorari, filed on February 17, 2011,

is hereby rejected.

DATED:  Honolulu, Hawai'i, March 29, 2011.

FOR THE COURT:

/s/ James E. Duffy, Jr.

Associate Justice



Thomas Waters
for petitioner/defendant-
appellant on the application

---

[1] Considered by:  Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Nacino, assigned by reason of vacancy.